UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

KLAMCO ELECTRONICS, INC.,
    Plaintiff,

v.                        CASE NUMBER: 98-2109 (HL)

ZEVATECH, INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 11/09/99<br>Docket # 5<br>[X] Plff  [X] Defts  [ ] Other<br>Title: Motion Requesting Modification of Scheduling Order | Granted. The Court hereby amends the scheduling order (Dkt. No. 3) as follows:<br><br>Discovery Cut-off Date:    January 14, 2000<br>Designation of Plaintiff's Experts:    December 15, 1999<br>Designation of Defendants' Experts:    December 29, 1999<br>Dispositive Motions Deadline:    February 15, 2000<br><br>**No further extensions shall be granted.** All other deadlines remain in full effect. |

Date 11/10/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

| Rec'd:<br>NOV 1 | EOD:<br>1999 |
|---|---|
| By: | # |