# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   HECTOR M. LAFFITTE

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: April 20, 2000

COURT REPORTER: N/A                                              C IV NO: 98-2109 (HL)

===================================================================

Klamco Electronics, Inc.                    Attys: José Nater Vazquez, Esq.

vs.

Zevatech, Inc., et al                       Ana Nin-Torregrosa & Antonio Ramirez, Esq.

===================================================================

Case called for Status Conference. Settlement was discussed. The Court sets Pretrial and Settlement Conference for May 9, 2000 at 2:30 P.M. The marking of exhibits will be held on same date at 3:00 P.M.

                                                                Courtroom Deputy Clerk

Parties to be notified.


