## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

KLAMCO ELECTRONICS, INC.,
    Plaintiff

     v.

**CASE NUMBER:** 98-2109 (HL)

ZEVATECH, INC., ET AL.
    Defendants.

---

| MOTION |
|---|

**Date Filed:** 4.19.00    **Docket # 8**    [X] **Plffs** [X] **Defts**   [ ] **Other**
**Title:** MOTION REQUESTING CONTINUANCE OF PRE-TRIAL AND JURY TRIAL

| ORDER |
|---|

**Denied.** The Pre-trial and Settlement Conference will be held on May 9, 2000. Parties are expected to file a proposed Pretrial Order by that date. Should parties fail to reach an agreement, the trial will be held as scheduled on May 22, 2000

---

Date 5-4-00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

