UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Klamco Electronics, Inc.
   Plaintiff

     v.                                    CASE NUMBER: 98-2109 (HL)

Zevatech, et al.
   Defendants.

## MOTION

**Date Filed:** 5.19.00    **Docket # 12**    [ ] Plffs  [x] Defts  [ ] Other
**Title:** Settlement Status

## ORDER

On May 8, 2000, Plaintiff informed the Court that a settlement agreement had been reached. Up to this date, the settlement papers have not been filed.

The Court hereby orders the parties to file the settlement papers no later than June 28, 2000. Failure to comply with the Court's order shall result in dismissal of the case.

Date 6/15/00            HECTOR M. LAFFITTE
                                   Chief U.S. District Judge


