UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Klamco Electronics,
   Plaintiff

v.                                                  CASE NUMBER: 98-2109 (HL)

Zevatech, Inc., et al.
   Defendants

| MOTION | | | |
|---|---|---|---|
| Date Filed: 06.23.00    Docket # 14 | [x] Plffs | [] Defts | [ ] Other |
| Title: Voluntary Dismissal | | | |

| ORDER |
|---|
| **Granted.** The Court hereby approves the parties' request for voluntary dismissal with prejudice. |

Date 6/28/00                      HECTOR M. LAFFITTE
                                          Chief U.S. District Judge


