UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Klamco Electronics,
   Plaintiff

v.

Zevatech, Inc., et al.
   Defendants

CASE NUMBER: 98-2109 (HL)

## Judgment

The Court having approved the parties' voluntary dismissal, judgment is hereby entered dismissing this case with prejudice.

Date 6/28/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

